IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill, Elonda E | Case Number: 07 B 22676 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 12/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Drive Financial Services | Secured | 13,603.00 | 0.00 |
| 2. | United Financial Services | Unsecured | 25.00 | 0.00 |
| 3. | Drive Financial Services | Unsecured | 12.83 | 0.00 |
| 4. | T Mobile USA | Unsecured | 27.91 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 44.72 | 0.00 |
| 6. | Quick Click Loans | Unsecured | 109.67 | 0.00 |
| 7. | ER Solutions | Unsecured | 32.82 | 0.00 |
| 8. | AT&T | Unsecured | | No Claim Filed |
| 9. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 10. | Cash Advance | Unsecured | | No Claim Filed |
| 11. | Credit One Bank | Unsecured | | No Claim Filed |
| 12. | CB USA | Unsecured | | No Claim Filed |
| 13. | East Side Lenders | Unsecured | | No Claim Filed |
| 14. | CCA | Unsecured | | No Claim Filed |
| 15. | Cash Call | Unsecured | | No Claim Filed |
| 16. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 17. | American Collection Corp | Unsecured | | No Claim Filed |
| 18. | First Premier | Unsecured | | No Claim Filed |
| 19. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 20. | Loan Point USA | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | National Recovery, Inc | Unsecured | | No Claim Filed |
| 23. | Pay Day Loans | Unsecured | | No Claim Filed |
| 24. | Tribute/Fbold | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Hill, Elonda E | Case Number:  07 B 22676 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  12/3/07 |

```
                                                      _____            _____
                                                      $ 13,855.95               $ 0.00
```

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____